UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLORIA NWOSU,<br>a/k/a Gloria Ngozi Nwosu,<br>a/k/a Gloria Laurence,<br><br>Defendant. | CASE NO. CR06-215 RSM<br><br>REPORT AND RECOMMENDATION |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 22, 2006. The United States was represented by Kelly Harris. The defendant was represented by Carol Koller. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute and Possess With Intent to Distribute Heroin; Conspiracy to Import Heroin; False Statement to Immigration and Naturalization Services and Possession with Intent to Distribute Heroin. On or about November 24, 1993, The Hon. William M. Nickerson of the Northern District of Maryland sentenced Defendant to ninety-seven (97) months of confinement, followed by five (5) years of supervised release (CR92-261WN). Probation jurisdiction has been transferred from the Northern District of Maryland to the Western District of Washington.

## DEFENDANT'S ADMISSION

USPO Todd Sanders alleges that Defendant violated the conditions of supervised release in 1 respect:

(1) Violation of Supervised Release in the District of Maryland by a new conviction that is on November 8, 2004, while on supervised release, the defendant was sentenced to thirty-three (33) months confinement followed by three (3) years supervised release by the Hon. Jack B. Weinstein, Sr. of the Eastern District of New York for the conviction of Illegal Reentry (CR04-385 JBW).

At an initial hearing, I advised the defendant of these charges and of her constitutional rights. At today's hearing Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her supervised release as alleged and set the matter for a disposition hearing.

Defendant has been remanded to custody pending a final determination by the court.

DATED this 26th day of June, 20, 2006.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge          :   Hon. Ricardo S. Martinez
    Assistant U.S. Attorney   :   Kelly Harris
    Defense Attorney          :   Carol Koller
    U. S. Probation Officer   :   Todd Sanders

REPORT AND RECOMMENDATION
PAGE -2-